**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In re Distributors

Appellate case number:    01-19-00550-CV

Trial court case number:   2018-63587

Trial court:                      152nd District Court of Harris County

Relators have filed an Emergency Motion to Temporarily Stay MDL Proceedings Pending Resolution of Petition for Writ of Mandamus. The motion is **granted**. The proceedings in *In re: Texas Opioid Litigation*, No. 2018-63587, in the 152nd District Court of Harris County, Texas, are stayed. The stay is effective until disposition of relators' petition for a writ of mandamus or further order of this Court.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                          ☑ Acting individually     ☐ Acting for the Court

Date: __August 2, 2019___